IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LEE HOTTINGER,

        Plaintiff,                   No. CIV S-07-0673 MCE EFB P

      vs.

WALKER, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

                                /

       On May 15, 2007, plaintiff was ordered to file an *in forma pauperis* application or, alternatively, to pay the appropriate filing fees within thirty days. and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an *in forma pauperis* application or paid the appropriate filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

1

1 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
2 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
3 DATED:   July 17, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE